AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kahn, Benjamin A. | United States Bankruptcy Court (MDNC) | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Bankruptcy Court
101 South Edgeworth Street
Greensboro, North Carolina 27401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. POA | Family Member 1 |
| 2. POA | Family Member 2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/15/2020 | Matthew Bender - Author fee Collier on Bankruptcy | $2,240.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Truist - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | July 22-26, 2020 - CANCELED | Amelia Island, FL | Bankruptcy Seminar | Travel |
| 2. | National Conference of Bankrupcy Judges | October 14-17, 2020 - CANCELED | San Diego, CA | Bankruptcy Seminar | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Collegebound 529 #1(H) (Y) | | | | | | | | | |
| 2. Collegebound 529 #2(H) | | | | | | | | | |
| 3. -Invesco Collegebound Today Portfolio I | A | Int./Div. | M | T | | | | | |
| 4. SunTrust Cash Accounts | A | Interest | L | T | | | | | |
| 5. SunTrust Investment Account #1(H) | | | | | | | | | |
| 6. -SPY ETF | D | Dividend | N | T | | | | | |
| 7. -Kroger Co Common | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 8. -Tiered Rate Multibank Sweep | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 9. SunTrust Investment Account #2(H) | | | | | | | | | |
| 10. -SunTrust Fiduciary Master Deposit Account | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 11. -PWM Fiduciary Master Deposit Account | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 12. -iShares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 13. -iShares Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 14. -Vanguard FTSE Emerging Fund | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 15. -ishares core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 16. -ishares core MSCI EAFE ETF | A | Dividend | | | Sold | 04/06/20 | J | A | |
| 17. -ishares DJ Select Div ETF | A | Dividend | | | Sold | 09/23/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kahn, Benjamin A.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -DFA S-T Ext Quality Fund | A | Dividend | J | T | | | | | |
| 19.   -Neuberger Berman Hi Inc Bond Fund | A | Dividend | J | T | Sold<br>(part) | 04/22/20 | J | A | |
| 20.   -Wisdom Tree Midcap Fund | A | Dividend | J | T | | | | | |
| 21.   -SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 22.   -Vanguard Growth ETF | A | Dividend | K | T | Buy | 04/06/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 09/23/20 | K | | |
| 25.   SunTrust Investment Account #3(H) | | | | | | | | | |
| 26.   -Federated Government Obligations Trust | A | Dividend | | | Sold | 12/14/20 | J | A | |
| 27.   -Tiered Rate Multibank Sweep | A | Dividend | J | T | Buy | 12/14/20 | J | | |
| 28.   -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 29.   SunTrust Investment Account #4(H)(Y) | | | | | | | | | |
| 30.   SunTrust IRA Rollover #3(H) | | | | | | | | | |
| 31.   -SunTrust Fiduciary Master Deposit<br>Account | A | Dividend | | | Sold | 01/02/20 | J | | |
| 32.   -PWM Fiduciary Master Deposit Account | A | Dividend | M | T | Buy | 01/03/20 | M | | |
| 33.   -AAPL Common | A | Dividend | L | T | | | | | |
| 34.   -I-shares Core S&P Small Cap ETF | A | Dividend | L | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -I-shares DJ Select Div ETF | A | Dividend | | | Sold | 02/27/20 | M | A | |
| 36. -I-shares MSCI EAFE ETF | A | Dividend | | | Sold | 04/06/20 | K | A | |
| 37. -I-shares Russell Midcap ETF | B | Dividend | M | T | | | | | |
| 38. -SPDR S&P 500 ETF | D | Dividend | O | T | Buy (add'l) | 02/28/20 | M | | |
| 39. | | | | | Buy (add'l) | 03/12/20 | K | | |
| 40. -Vanguard FTSE Emerging Markets ETF | B | Dividend | | | Sold | 04/07/20 | L | A | |
| 41. -Neuberger Berman Hi Inc Bond Fund | C | Dividend | K | T | Sold (part) | 04/22/20 | L | A | |
| 42. -Wisdom Tree Midcap Fund | B | Dividend | L | T | | | | | |
| 43. -Vanguard Growth ETF | B | Dividend | M | T | Buy | 04/06/20 | K | | |
| 44. | | | | | Buy (add'l) | 04/07/20 | L | | |
| 45. -Ingersoll Rand Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 46. | | | | | Sold | 02/28/20 | J | A | |
| 47. -Nomad Foods LTD Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 48. | | | | | Sold | 02/28/20 | J | A | |
| 49. -Adobe Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 50. | | | | | Sold | 02/28/20 | J | A | |
| 51. -Allstate Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 02/28/20 | J | A | |
| 53.  -Alphabet Inc Class C Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 54. | | | | | Sold | 02/28/20 | J | A | |
| 55.  -Alphabet Inc Class A Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 56. | | | | | Sold | 02/28/20 | J | A | |
| 57.  -Amazon Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 58. | | | | | Sold | 02/28/20 | J | A | |
| 59.  -Amgen Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 60. | | | | | Sold | 02/28/20 | J | A | |
| 61.  -Applied Materials Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 62. | | | | | Sold | 02/28/20 | J | A | |
| 63.  -Assurant Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 64. | | | | | Sold | 02/28/20 | J | A | |
| 65.  -Bank of America Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 66. | | | | | Sold | 02/28/20 | J | A | |
| 67.  -Berkshire Hathaway Class B Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 68. | | | | | Sold | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Boston Scientific Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 70. | | | | | Sold | 02/28/20 | J | A | |
| 71.   -Capital One Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 72. | | | | | Sold | 02/28/20 | J | A | |
| 73.   -Carlisle Cos Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 74. | | | | | Sold | 02/28/20 | J | A | |
| 75.   -Chevron Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 76. | | | | | Sold | 02/28/20 | J | A | |
| 77.   -Cisco Systems Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 78. | | | | | Sold | 02/28/20 | J | A | |
| 79.   -Citizens Financial Group Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 80. | | | | | Sold | 02/28/20 | J | A | |
| 81.   -Comcast Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 82. | | | | | Sold | 02/28/20 | J | A | |
| 83.   -Corteva Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 84. | | | | | Sold | 02/28/20 | J | A | |
| 85.   -Costco Wholesale Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 02/28/20 | J | A | |
| 87.  -Crown Castle Intl Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 88. | | | | | Sold | 02/28/20 | J | A | |
| 89.  -Digital Realty Trust Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 90. | | | | | Sold | 02/28/20 | J | A | |
| 91.  -Disney Walt Co Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 92. | | | | | Sold | 02/28/20 | J | A | |
| 93.  -Dow Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 94. | | | | | Sold | 02/28/20 | J | A | |
| 95.  -DuPont De Nemeurs Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 96. | | | | | Sold | 02/28/20 | J | A | |
| 97.  -Eog Res Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 98. | | | | | Sold | 02/28/20 | J | A | |
| 99.  -Ecolab Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 100. | | | | | Sold | 02/28/20 | J | A | |
| 101.  -Emerson Elec Co Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 102. | | | | | Sold | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Facebook Inc A Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 104. | | | | | Sold | 02/28/20 | J | A | |
| 105. -Fidelity Nat'l Info Systems Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 106. | | | | | Sold | 02/28/20 | J | A | |
| 107. -Home Depot Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 108. | | | | | Sold | 02/28/20 | J | A | |
| 109. -Honeywell Int'l Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 110. | | | | | Sold | 02/28/20 | J | A | |
| 111. -Incyte Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 112. | | | | | Sold | 02/28/20 | J | A | |
| 113. -Intuitive Surgical Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 114. | | | | | Sold | 02/28/20 | J | A | |
| 115. -Johnson & Johnson Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 116. | | | | | Sold | 02/28/20 | J | A | |
| 117. -Mastercard Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 118. | | | | | Sold | 02/28/20 | J | A | |
| 119. -McDonalds Common | A | Dividend | | | Buy | 02/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 02/28/20 | J | A | |
| 121.  -Merck & Co Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 122. | | | | | Sold | 02/28/20 | J | A | |
| 123.  -Microsoft Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 124. | | | | | Sold | 02/28/20 | J | A | |
| 125.  -Micron Technology Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 126. | | | | | Sold | 02/28/20 | J | A | |
| 127.  -Nextera Energy Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 128. | | | | | Sold | 02/28/20 | J | A | |
| 129.  -Nike Inc Class B Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 130. | | | | | Sold | 02/28/20 | J | A | |
| 131.  -Novartis AG ADR | A | Dividend | | | Buy | 02/27/20 | J | | |
| 132. | | | | | Sold | 02/28/20 | J | A | |
| 133.  -Nvidia Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 134. | | | | | Sold | 02/28/20 | J | A | |
| 135.  -PNC Fin'l Svcs Group Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 136. | | | | | Sold | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Pioneer Natural Resources Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 138. | | | | | Sold | 02/28/20 | J | A | |
| 139.  -Proctor & Gamble Co Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 140. | | | | | Sold | 02/28/20 | J | A | |
| 141.  -Quanta Services Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 142. | | | | | Sold | 02/28/20 | J | A | |
| 143.  -Raytheon Co Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 144. | | | | | Sold | 02/28/20 | J | A | |
| 145.  -Salesforce Com Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 146. | | | | | Sold | 02/28/20 | J | A | |
| 147.  -Schlumberger Ltd Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 148. | | | | | Sold | 02/28/20 | J | A | |
| 149.  -Thermo Fisher Scientific Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 150. | | | | | Sold | 02/28/20 | J | A | |
| 151.  -Tractor Supply Co Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 152. | | | | | Sold | 02/28/20 | J | A | |
| 153.  -Union Pac Corp Common | A | Dividend | | | Buy | 02/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 02/28/20 | J | A | |
| 155.  -United Health Group Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 156. | | | | | Sold | 02/28/20 | J | A | |
| 157.  -Verizon Communications Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 158. | | | | | Sold | 02/28/20 | J | A | |
| 159.  -Visa Inc Cl A Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 160. | | | | | Sold | 02/28/20 | J | A | |
| 161.  -Walmart Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 162. | | | | | Sold | 02/28/20 | J | A | |
| 163.  -Xilinx Inc Common | A | Dividend | | | Buy | 02/27/20 | J | | |
| 164. | | | | | Sold | 02/28/20 | J | A | |
| 165.  SunTrust IRA Rollover #4(H) | | | | | | | | | |
| 166.  -SunTrust Fiduciary Master Deposit Account | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 167.  -PWM Fiduciary Master Dep Account | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 168.  -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 169.  -I-shares DJ Select Div ETF | A | Dividend | | | Sold | 09/23/20 | K | A | |
| 170.  -I-shares MSCI EAFE ETF | A | Dividend | | | Sold | 04/06/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -I-shares Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 172.  -SPDR S&P 500 ETF | B | Dividend | L | T | Buy (add'l) | 03/12/20 | J | | |
| 173.  -Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 174.  -Neuberger Berman Hi Inc Bond Fund | A | Dividend | J | T | Sold (part) | 04/22/20 | J | A | |
| 175.  -Wisdom Tree Midcap Fund | A | Dividend | J | T | | | | | |
| 176.  -Apple Common | A | Dividend | J | T | Buy | 02/27/20 | J | | |
| 177.  -Vanguard Growth ETF | A | Dividend | K | T | Buy | 04/06/20 | J | | |
| 178. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 179. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 180.  SunTrust IRA Rollover #1(H) | | | | | | | | | |
| 181.  -SunTrust Fiduciary Master Deposit Account | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 182.  -PWM Fiduciary Master Dep Account | A | Dividend | L | T | Buy | 01/03/20 | L | | |
| 183.  -Federated Hermes Strategic Val Div Fund | A | Dividend | K | T | | | | | |
| 184.  -Harbor Capital Appreciation Fund | D | Dividend | L | T | | | | | |
| 185.  -I-shares Core S&P Small Cap ETF | A | Dividend | K | T | | | | | |
| 186.  -I-shares Russell Midcap ETF | A | Dividend | L | T | | | | | |
| 187.  -Invesco Oppenheimer Dev Mkts Fund | A | Dividend | | | Sold | 04/07/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -SPDR S&P 500 ETF | C | Dividend | M | T | Buy<br>(add'l) | 03/12/20 | K | | |
| 189.  -Vanguard FTSE EM ETF | A | Dividend | | | Sold | 04/07/20 | K | A | |
| 190.  -I-shares MSCI EAFE ETF | A | Dividend | | | Sold | 04/06/20 | K | A | |
| 191.  -Wisdom Tree Midcap Fund | A | Dividend | K | T | | | | | |
| 192.  -Neuberger Berman Hi Inc Fund | B | Dividend | K | T | Sold<br>(part) | 04/22/20 | K | A | |
| 193.  -DJ Select Div ETF | B | Dividend | | | Sold | 09/23/20 | K | A | |
| 194.  -Vanguard Growth ETF | A | Dividend | M | T | Buy | 04/06/20 | K | | |
| 195. | | | | | Buy<br>(add'l) | 04/07/20 | K | | |
| 196. | | | | | Buy<br>(add'l) | 09/23/20 | K | | |
| 197.  SunTrust IRA Rollover #2(H) | | | | | | | | | |
| 198.  -SunTrust Fiduciary Master Deposit<br>Account | A | Dividend | | | Sold | 01/02/20 | K | A | |
| 199.  -PWM Fiduciary Master Dep Account | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 200.  -Federated Strategic Val. Div. Fund | A | Dividend | J | T | | | | | |
| 201.  -Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 202.  -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 203.  -I-shares Russell Midcap ETF | A | Dividend | K | T | | | | | |
| 204.  -Invesco/Oppenheimer Dev Mkt Fund | A | Dividend | | | Sold | 04/07/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -SPDR S&P 500 ETF | B | Dividend | L | T | Buy<br>(add'l) | 03/12/20 | J | | |
| 206.  -Vanguard FTSE Em Mkt ETF | A | Dividend | | | Sold | 04/07/20 | J | A | |
| 207.  -I-shares MSCI EAFE ETF | A | Dividend | | | Sold | 04/06/20 | J | A | |
| 208.  -Neuberger Berman Hi Inc Fund | A | Dividend | J | T | Sold<br>(part) | 04/22/20 | J | A | |
| 209.  -DJ Select Div ETF | A | Dividend | | | Sold | 09/23/20 | J | A | |
| 210.  -Wisdom Tree Midcap Fund | A | Dividend | J | T | | | | | |
| 211.  -Vanguard Growth ETF | A | Dividend | K | T | Buy | 04/06/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 214.  SunTrust 401-K (H) | | | | | | | | | |
| 215.  -Vanguard Insitutional Index Fund | B | Dividend | | | Sold | 07/31/20 | J | D | |
| 216.  -Vanguard Russell Extended Market Index | A | Dividend | | | Sold | 07/31/20 | J | B | |
| 217.  -Vanguard Total International Stock Index | A | Dividend | | | Sold | 07/31/20 | J | A | |
| 218.  -Vanguard Treasury Money Market | A | Dividend | J | T | Sold<br>(part) | 07/31/20 | J | A | |
| 219.  -Vanguard Short Term Bond Index | A | Dividend | | | Sold | 07/31/20 | K | A | |
| 220.  -L&G ACWI ExUS Small Cap Fund | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 221.  -Vanguard S&P 500 SC 600 Index | A | Dividend | K | T | Buy | 07/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -L&G S&P 500 DC Collective Fund | A | Dividend | M | T | Buy | 07/31/20 | M | | |
| 223.  -BBH Ltd Duration Fund | A | Dividend | K | T | Buy | 07/31/20 | K | | |
| 224.  Optum HSA Account | A | Interest | J | T | | | | | |
| 225.  SunTrust Deferred Salary Plan (H) | | | | | | | | | |
| 226.  -Vanguard Russell 1000 Growth | A | Dividend | | | Sold | 07/31/20 | L | C | |
| 227.  -Vanguard Russell 1000 Value | A | Dividend | | | Sold | 07/31/20 | K | B | |
| 228.  -Vanguard Treasury Money Market | A | Dividend | K | T | | | | | |
| 229.  -Vanguard Val Index Inst. Fund | A | Dividend | L | T | Buy | 07/31/20 | L | | |
| 230.  -MFS Growth R6 Fund | A | Dividend | L | T | Buy | 07/31/20 | L | | |
| 231.  SunTrust IRA #5 (H) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kahn, Benjamin A.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Benjamin A. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544